# ELECTRONIC RECORD

**1559-14**

COA #    05-13-01514-CR                    OFFENSE:  21.1

STYLE:   Erasmo Garcia-Ramirez v. The      COUNTY:  Dallas
         State of Texas

COA DISPOSITION:   AFFIRM                   TRIAL COURT:  291st Judicial District Court

DATE: 10/30/2014           Publish: NO    TC CASE #:    F-1212531-U


## IN THE COURT OF CRIMINAL APPEALS

STYLE:  Erasmo Garcia-Ramirez v. The State      CCA #:   **1559-14**
        of Texas
        _APPELLANT'S_ Petition                  CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:             DATE:    _____

_RE FUSED_                                       JUDGE:   _____

DATE: _02/25/2015_                               SIGNED: _____     PC: _____

JUDGE: _Per Curiam_                              PUBLISH: _____     DNP: _____


\- - - - - - - - - - - - - - - - - - - - -

                                              _____ MOTION FOR

                             REHEARING IN CCA IS: _____

                             JUDGE: _____


## ELECTRONIC RECORD